UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BEDWELL,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN HAMPTON and MARILYN HAMPTON, trustees of the Hampton Family Survivor's Trust,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 22-cv-00105-DMS-MMP<br><br>**ORDER VACATING HEARING** |

　　In light of Plaintiff's request for entry of default (ECF No. 9) and the Clerk's subsequent entry of default (ECF No. 10), the Court finds that dismissal of this matter for want of prosecution pursuant to Local Civil Rule 41.1 is no longer necessary. Accordingly, the hearing on dismissal for want of prosecution, currently scheduled for Friday, September 22, 2023, at 11:30 AM, is **VACATED**.

　　**IT IS SO ORDERED.**

Dated: September 14, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court